# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Intercurrency Software LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Morgan Stanley & Co. LLC, et al.,**<br><br>**Defendants.** | Case No. 2:23-cv-00130-JRG<br>LEAD CASE |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Intercurrency Software, LLC and Defendants Morgan Stanley & Co. LLC, Morgan Stanley International PLC, Morgan Stanley Capital Services LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

Insofar as discovery in this matter confirms that Defendants Morgan Stanley & Co. LLC, Morgan Stanley International PLC, Morgan Stanley Capital Services LLC (collectively, "Defendants") do not infringe any claims of U.S. Patent No. 10,062,107, U.S. Patent No. 10,776,863, or U.S. Patent No. 11,449,930, all claims asserted by the Plaintiff in case 2:23-cv-00130-JRG are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

Plaintiff and Defendants (and their Affiliates) mutually release each other for all claims they brought or could have brought during the pendency of the above-captioned lawsuit; and

Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby.

<table>
<tr><td>

Dated: November 22, 2023

/s/ Christopher A. Honea
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

</td><td>

Respectfully submitted,

/s/ Kevin J. Post
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)
Josef Bryks Schenker
(NY Bar No. 4935185)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas,
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
kevin.post@ropesgray.com
josef.schenker@ropesgray.com

James F. Mack
(CA Bar No. 322056)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor,
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.mack@ropesgray.com

*Attorneys for Defendants*
MORGAN STANLEY & CO. LLC,
MORGAN STANLEY INTERNATIONAL
PLC, and MORGAN STANLEY CAPITAL
SERVICES LLC

</td></tr>
</table>