## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Intercurrency Software LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Morgan Stanley & Co. LLC, et al.,**<br><br>Defendants. | Case No. 2:23-cv-00130-JRG<br>LEAD CASE |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

After considering the Parties' Stipulation of Dismissal, IT IS ORDERED THAT, pursuant to FRCP 41(a)(ii), the above-referenced action against Defendants Morgan Stanley & Co. LLC, Morgan Stanley International PLC, Morgan Stanley Capital Services LLC is dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby.