# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC | § § | CIVIL ACTION NO. 2:23-CV-00130-JRG |
| v. | § § § | (Lead Case) |
| MORGAN STANLEY & CO., ET AL. | § § | |

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC | § § | CIVIL ACTION NO. 2:23-CV-00196-JRG |
| v. | § § § | (Member Case) |
| TD AMERITRADE, INC. ET AL. | § § | |

## ORDER

Before the Court is the Joint Stipulation and Order of Dismissal (the "Stipulation") filed by Plaintiff Intercurrency Software, LLC ("Plaintiff") and Defendants Morgan Stanley & Co. LLC, Morgan Stanley International PLC, and Morgan Stanley Capital Services LLC (collectively, the "Morgan Stanley Defendants"). (Dkt. No. 55.) In the Motion, the parties represent that all claims asserted between Plaintiff and the Morgan Stanley Defendants in Case No. 2:23-cv-00130-JRG are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). (*Id.* at 1.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and the Morgan Stanley Defendants in Case No. 2:23-cv-00130 are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:23-CV-00130-JRG and Member Case No. 2:23-CV-196-JRG in light of the remaining parties and claims.

So ORDERED and SIGNED this 1st day of December, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE