**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC | § | |
| | § | CIVIL ACTION NO. 2:23-CV-00130-JRG |
| v. | § | (Lead Case) |
| | § | |
| MORGAN STANLEY & CO., ET AL. | § | |

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC | § | |
| | § | CIVIL ACTION NO. 2:23-CV-00196-JRG |
| v. | § | (Member Case) |
| | § | |
| TD AMERITRADE, INC. ET AL. | § | |

## **ORDER**

The Court issues this Order *sua sponte*. On September 18, 2023, the Court issued an Order accepting and acknowledging "that all claims and causes of action asserted by Plaintiff against the TD Ameritrade Defendants . . . in Case No[]. 2:23-cv-00196-JRG . . . are hereby **DISMISSED WITH PREJUDICE**." (Dkt. No. 53 at 2.) However, the Court maintained as open Case No. 2:23-CV-00196-JRG because there were remaining parties and claims. (*Id*.) Specifically, the TD Ameritrade Defendants filed counterclaims for declaratory judgment relief (Dkt. No. 20 at 15–18) that were not addressed by the stipulation, which only provides that "[a]ll claims *asserted by the Plaintiff* in Member Cases No. 2:23-cv-00196-JRG . . . are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii)." (Dkt. No. 52 at 1–2.)

Despite these live claims, at least the following deadlines have come and gone with no filings by any party:

1. Comply with P.R. 4-3 (Joint Claim Construction Statement) (May 21, 2024)

2. Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) (July 2, 2024)

The claim construction hearing in the above-captioned case is set for August 13, 2024. (Dkt. No. 40 at 4.) Due to the presence of pending counterclaims and Court ordered deadlines that have been missed, the Court **ORDERS** the parties to file a joint notice that is no more than two (2) pages that informs the Court whether there are any live issues remaining in this case within three (3) business days of entry of this Order. If the TD Ameritrade Defendants' counterclaims are still live, the Court **ORDERS** the TD Ameritrade Defendants to submit a brief no more than five (5) pages that (1) explains why the Court should not dismiss the counterclaims under Rule 41(b) for failure to prosecute, (2) explains why the parties have failed to comply with the Court's Docket Control Order, and (3) proposes revisions to the Docket Control Order to keep the above-captioned case on schedule. If no live claims remain, the Court expects the parties to file a joint stipulation dismissing all claims within five (5) business days of entry of this Order.

**So ORDERED and SIGNED this 9th day of July, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE