# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00130-JRG |
| MORGAN STANLEY & CO. LLC, MORGAN STANLEY INTERNATIONAL PLC, and MORGAN STANLEY CAPITAL SERVICES LLC, | § § § § § § | (Lead Case) |
| *Defendants*. | § | |

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| TD AMERITRADE, INC., TD AMERITRADE CLEARING, INC., TD AMERITRADE SERVICES COMPANY, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE ONLINE HOLDINGS CORP., and TD AMERITRADE FUTURES & FOREX LLC, | § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00196-JRG<br><br>(Member Case) |
| *Defendants*. | § | |

## **ORDER**

Before the Court is the Joint Stipulation and Order of Dismissal (the "Stipulation") filed by Plaintiff Intercurrency Software, LLC ("Plaintiff") and Defendants TD AMERITRADE, Inc.; TD AMERITRADE Clearing, Inc.; TD AMERITRADE Services Company, Inc.; TD Ameritrade Holding Corporation; TD AMERITRADE Online Holdings Corp.; and TD Ameritrade Futures &

Forex LLC (collectively, "Defendants," and with Plaintiff, the "Parties"). (Dkt. No. 58.) In the Stipulation, the Parties state that "[a]ll remaining claims in this case are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii)." (*Id*. at 1.) Additionally, "[e]ach party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby." (*Id*.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Lead Case (No. 2:23-CV-00130-JRG) and the above-captioned Member Case (No. 2:23-CV-00196-JRG) as no parties or claims remain.

**So ORDERED and SIGNED this 16th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE